Finis E. Downing, Complainant, v. William B. Finn et al., Defendants.

William B. Finn, Cross Complainant Appellee, v. Centennial National Bank, Cross Defendant Appellant.

Centennial National Bank, Appellant, v. William B. Finn, Appellee.

Gen. No. 9,476.

opinion filed February 28, 1946; rehearing denied May 7, 1946; released for publication May 8, 1946. William T. Gordley and Barber & Barber, for appellant; Putting & Putting, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full.